```
1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC. | CASE No. CV03-6858ER (PJWx) |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT BY CLERK** |
| vs. | |
| PATRICIA DIAZ, individually and dba MARISCOS VERACRUZ, | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on January 19, 2005 against defendants, **PATRICIA DIAZ, individually and dba MARISCOS VERACRUZ,**

///

is hereby renewed on the amounts set forth:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Total judgment | $30,068.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 30,068.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 30,068.00 |
| g. | Interest after judgment | 7,496.38 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$37,564.38** |

DATED: 1/12/2015          Clerk by  J. Remigio, Deputy Clerk